FILED

07/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0186

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT D. MAXIN,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for the Clerk of the Montana Supreme Court to file Appellant's response brief submitted by Appellant's counsel, and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of this Court shall file the Appellant's response brief that was attached to Appellant's July 15, 2020 motion.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 16 2020